UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISIDORA OVIEDO,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW M. SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | No. 8:18-cv-00837-VEB<br><br>**ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS** |

    Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

    IT IS ORDERED that the Commissioner shall pay attorney fees and expenses the amount of FOUR THOUSAND DOLLARS and NO CENTS ($4,000.00), and costs under 28 U.S.C. § 1920 in the amount of FOUR HUNDRED DOLLARS ($400.00), as authorized by 28 U.S.C. §§ 2412(d), 1920, subject to the terms of the Stipulation.

    Dated: September 5, 2019

                              /s/Victor E. Bianchini
                              THE HONORABLE VICTOR E. BIANCHINI
                              UNITED STATES MAGISTRATE JUDGE